Samuel Kelsall V, Esq. (SBN 141138)
Ryan Sorahan, Esq. (SBN 261042)
KELSALL LEGAL SOLUTIONS PC
815 Civic Center Drive
Oceanside, California
Telephone: (760) 722-4221
Facsimile: (760) 730-5081

Attorneys for Debtor
Samuel Kelsall V

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF CALIFORNIA

| In re: | Case No.:  23-01962-MM7 |
|---|---|
| SAMUEL KELSALL V, | **PROOF OF SERVICE** |
| Debtor, | |

**PROOF OF SERVICE**

I, Michelle Kaiser, am employed in the County of San Diego, State of California. I am over the age of 18 and not a party to the above-entitled action.  My business address is 815 Civic Center Drive, Oceanside, CA 92054.

On November 9, 2023, I served copies of the following document(s):

**1. SAMUEL KELSALL V'S ANSWER TO ADVERSARY COMPLAINT FOR DENIAL OF DISCHARGE PURSUANT TO 11 U.S.C. § 727(a)(3) and (a)(4);**

**2. CROSS-COMPLAINT**

_____ (BY MAIL) I caused each such envelope, with postage thereon fully prepaid, addressed to the following, to be placed in the United States mail at Oceanside, California.  I am readily familiar with this firm's business practice for collection and processing of correspondence for mailing with the U.S. Postal

1 -- PROOF OF SERVICE

Service pursuant to which practice the correspondence will be deposited with the U.S. Postal Service this same day in the ordinary course of business (C.C.P. Section 1013a; 2015.5). I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter is more than one (1) day after the date of deposit for mailing in an affidavit.

  X   BY ELECTRONIC MAIL as follows: I caused a copy of such documents to be served by electronic mail to the electronic mail offices of the addressee, according to California Rules of Court, Rule 2.250 et seq. I did not receive, within a reasonable time after transmission, any electronic message or other indication that the transmission was unsuccessful.

_____ BY CERTIFIED MAIL as follows, I am readily familiar with this firm's business practices for collection and processing of correspondence for mailing with the U.S. Postal Service to which practice the correspondence will be deposited with the U.S. Postal Service this same day in the ordinary course of business at the business address shown above and such envelope was placed for collection and mailing by Certified US Mail, Return Receipt Requested, on the above date, according to the firm's business practices (CCP Section 1013a; 2015.5).

_____ BY PERSONAL SERVICE as follows: I caused a copy of such documents to be delivered by hand to the offices of the addressee between the hours of 9:00 a.m. and 5:00 p.m.

_____ BY OVERNIGHT COURIER SERVICE as follows: I caused such envelope to be delivered by overnight courier to the offices of the addressee. The envelope was deposited in or with a facility regularly maintained by the overnight courier service with delivery fees paid or provided for.

_____ BY FACSIMILE as follows: I caused such documents to be transmitted to the telephone number of the addressee by use of facsimile machine telephone number (760) 434-2102. The facsimile machine used complied with California Rules of Court, Rule 2.302 and no error was reported by the machine. Pursuant to California Rules of Court, Rule 2.306, a transmission record was printed.

Leslie Gladstone, Trustee
candic@flgsd.com

2 – PROOF OF SERVICE

Christin A. Batt
ChristinB@flgsd.com

US Trustee
Ustp.region15@usdoj.gov

William Freed
2772 Roosevelt Street #2562.
Carlsbad, CA 92018
wjf@freedlawoffice.com

 I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

DATED: November 9, 2023    **KELSALL LEGAL SOLUTIONS PC**

By: _Michelle Kaiser_
    Michelle Kaiser

3 – PROOF OF SERVICE

23-01962-MM7