Leslie T. Gladstone, Esq. (SBN 144615)
Christin A. Batt, Esq. (SBN 222584)
FINANCIAL LAW GROUP
5656 La Jolla Blvd.
La Jolla, CA 92037
Telephone: (858) 454-9887
Facsimile: (858) 454-9596
E-mail: ChristinB@flgsd.com

Attorneys for Leslie T. Gladstone, Chapter 7 Trustee

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>SAMUEL KELSALL V,<br><br>Debtor. | Case No.: 23-01962-MM7<br><br>Adv. No.: 23-90064-MM<br><br>**TRUSTEE'S STATUS REPORT**<br><br>Date:  February 27, 2024<br>Time: 10:00 a.m.<br>Dept:  One (1)<br>Honorable Margaret M. Mann |
| WILLIAM J. FREED, APC, aka<br>WILLIAM J. FREED,<br><br>Plaintiff,<br><br>v.<br><br>SAMUEL KELSALL, V,<br><br>Defendant. | |
| SAMUEL KELSALL, V,<br><br>Cross-Complainant,<br><br>v.<br><br>WILLIAM J. FREED, an individual;<br>WILLIAM J. FREED, APC dba Walwick &<br>Freed, and DOES 1 through 10, inclusive,<br><br>Cross-Defendants. | |

/ / /

1     LESLIE T. GLADSTONE, chapter 7 trustee (the "**Trustee**") of the bankruptcy estate in the case of Samuel Kelsall, V ("**Kelsall**"), submits this Status Report to inform the Court regarding the estate's interest in the Cross-Claim in this Adversary Proceeding.

    On October 10, 2023, plaintiff William J. Freed, APC aka William J. Freed (collectively, "**Freed**") commenced this Adversary Proceeding by filing a Complaint against Kelsall for denial of discharge under 11 U.S.C. Sections 727(a)(3) and (a)(4).  (ECF No. 1)

    On November 10, 2023, after filing his Answer, Kelsall filed a Cross-Complaint against Freed and Doe defendants for fraud, intentional misrepresentation, negligent misrepresentation, concealment, unlawful and unfair business practices, breach of covenant of good faith and fair dealing, and interference with prospective economic advantage (the "**Cross-Complaint**"). (ECF No. 5–1)  Pursuant to Bankruptcy Code section 541(a), all the causes of action alleged in the Cross-Complaint are property of the bankruptcy estate.

    Plaintiff Freed filed a motion to dismiss the Cross-Complaint on the basis that Kelsall lacked standing to prosecute the Cross-Complaint.  (ECF No. 8).  Kelsall filed a motion to stay the Cross-Complaint pending a decision by the Trustee regarding whether to prosecute or abandon the Cross-Complaint.  (ECF No. 9)  Both motions are scheduled for continued hearing on February 27, 2024.

    The Trustee, through counsel, has reviewed the Cross-Complaint and alleged supporting evidence and conducted an independent investigation regarding the factual background.  Kelsall claims an exemption in the Cross-Complaint in the amount of $24,950.00. (ECF No. 1, Sched. C).  In reliance on this exemption, the Trustee determined that the Cross-Complaint is of inconsequential value to the estate.  The Trustee intends to abandon the Cross-Complaint without delay.  Any change in this exemption will prejudice the estate.

/ / /

/ / /

/ / /

/ / /

/ / /

FINANCIAL LAW GROUP
5656 La Jolla Boulevard
La Jolla, California 92037

The Trustee hopes that this Status Report assists the Court and parties with respect to the pending motions and progress of the Adversary Proceeding.

Dated: February 23, 2024                FINANCIAL LAW GROUP

                                        By:    /s/ Christin A. Batt
                                            Christin A. Batt, Esq.
                                            Attorneys for Leslie T. Gladstone, Trustee